NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jamie Lynne Chaney
In Proper Person
3001 E League City Pkwy Apt 50
League City TX 77573

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 15, 2026

**REHEARING ACTION: July 15, 2026**

**Docket Number: 25   00725-CA**

**JAMIE LYNNE CHANEY**
**VERSUS**
**RICHARD ALBERT ROSHTO**

**Appealed from Lafayette Parish Case No. 20130901**

**BEFORE JUDGES:**

  **Hon. Sharon Darville Wilson**
  **Hon. Gary J. Ortego**
  **Hon. Clayton Davis**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jamie Lynne Chaney** has this day been

  **DENIED.**

cc: Evan T. Edwards, Counsel for the Appellee